UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Miguel Angel Segovia-Reyna,

    Petitioner,

v.                           ORDER
                              Civil No. 08-6099 (MJD/SRN)

Warden M. Cruz,

    Respondent.

---

The above-entitled matter comes before the Court upon Petitioner's objections to the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 21, 2008.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated November 21, 2008.

IT IS HEREBY ORDERED that Petitioner's Application for Habeas

Corpus Relief under 28 U.S.C. § 2141 [Doc. No. 1] is DENIED and this

action is DISMISSED WITH PREJUDICE.

Date: February 4, 2009

                                                  s/ Michael J. Davis
                                                  Michael J. Davis, Chief Judge
                                                  United States District Court

Civil No. 08-6099